**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Angela Borsellino, | ) | No. 04-CV-273-TUC-FRZ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jo Anne B. Barnhart, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court are Plaintiff Angela Borsellino's motion for summary judgment and Defendant Jo Anne B. Barnhart's (the Commissioner) cross-motion for summary judgment.

On September 1, 2005, United States Magistrate Judge Glenda E. Edmonds issued a Report and Recommendation in which she recommended that the Court grant Borsellino's motion for summary judgment, deny the Commissioner's cross-motion for summary judgment, and remand this case to the Commissioner to supplement the record with additional evidence as to Borsellino's condition prior to her Date Last Insured and to reevaluate her alleged disability. Magistrate Judge Edmonds also recommended that the case be assigned to a different administrative law judge on remand.

The Report and Recommendation indicated that any party could file written objections within ten days after being served with a copy of the Report and Recommendation. The Clerk of the Court electronically served the parties with copies of the Report and

1  Recommendation on September 1, 2005. The parties did not file objections to the Report and

2  Recommendation.

3      The Court has carefully reviewed the entire record and concludes that Magistrate

4  Judge Edmonds' recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1);

5  Fed. R. Civ. P. 72; *see also Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir.

6  1999) ("If no objection or only partial objection is made, the district court judge reviews

7  those unobjected portions for clear error."); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204

8  (D. Or. 1998) ("When no timely objection is filed, the court need only satisfy itself that there

9  is no clear error on the face of the record in order to accept the recommendation of the

10  Magistrate."). *But see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003)

11  ("[N]o review is required of a magistrate judge's report and recommendation unless

12  objections are filed.").

13      Accordingly,

14

15

16      **IT IS ORDERED** that United States Magistrate Judge Glenda E. Edmonds'

17  September 1, 2005 Report and Recommendation (U.S.D.C. document #23) is **ADOPTED**.

18

19      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment

20  (U.S.D.C. document #12) is **GRANTED**.

21

22      **IT IS FURTHER ORDERED** that Defendant's Cross-Motion for Summary

23  Judgment (U.S.D.C. document #19) is **DENIED**.

24

25

26      **IT IS FURTHER ORDERED** that this case is **REMANDED** to the Defendant to

27  supplement the record with additional evidence as to Plaintiff's condition prior to her Date

28  Last Insured and to reevaluate her alleged disability.

1    **IT IS FURTHER ORDERED** that, if Defendant remands the case to an

2  administrative law judge, *see* 20 C.F.R. § 404.983, Defendant shall assign the case to a

3  **different** administrative law judge than the one who issued the November 21, 2003 Decision.

4

5    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter

6  judgment accordingly.

7

8

9    DATED this 29th day of September, 2005.

10

11

12

13    FRANK R. ZAPATA
      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -