**WO**      **UNITED STATES DISTRICT COURT**
                    DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Borsellino,<br>    Plaintiff,<br>  vs.<br>Jo Anne B. Barnhart,<br>Commissioner of Social Security,<br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No.  CV-04-00273-TUC-FRZ |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED** that United States Magistrate Judge Glenda E. Edmonds' September 1, 2005 Report and Recommendation (U.S.D.C. document #23) is **ADOPTED**.

  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (U.S.D.C. document #12) is **GRANTED**.

  **IT IS FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment (U.S.D.C. document #19) is **DENIED**.

  **IT IS FURTHER ORDERED** that this case is **REMANDED** to the Defendant to supplement the record with additional evidence as to Plaintiff's condition prior to her Date Last Insured and to reevaluate her alleged disability.

  **IT IS FURTHER ORDERED** that, if Defendant remands the case to an administrative law judge, *see* 20 C.F.R. § 404.983, Defendant shall assign the case to a **different** administrative law judge than the one who issued the November 21, 2003 Decision.

|  September 29, 2005  |     RICHARD H. WEARE     |
|---|---|
| Date | CLERK |

                                    s/ *M.  Michelle Mejia*
                                    M.  Michelle Mejia
                                       Deputy Clerk

Copies to: J/B, FRZ, all counsel